# UNITED STATES DISTRICT COURT
### for the
Western District of Missouri

| | | |
|---|---|---|
| United States of America<br>v.<br><br>LORENZO CASTILLO_RIVERA<br>[DOB: 08/10/1993]<br><br>_____<br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br><br>26-mj-02065DPR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 20, 2026 _____ in the county of _____ Stone _____ in the Western District  District of _____ Missouri _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Sections 1326(a). | Illegal Reentry into the United States after Deportation<br>See Attachment A to this Complaint. |

This criminal complaint is based on these facts:

See Attachment B to this Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kelsey Schoen, HSI, Special Agent
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: _____ 07/27/2026 _____

_____
*Judge's signature*

City and state: _____ Jefferson City, Missouri _____

Willie J. Epps, Chief U.S. Magistrate Judge
*Printed name and title*