# ATTACHMENT A

**CHARGE:**

On or about July 20, 2026, within Stone County, in the Western District of Missouri, the defendant, **LORENZO CASTILLO-RIVERA** voluntarily entered and was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about (1) April 3, 2022, at or near Presidio, Texas; (2) November 14, 2023, at or near Loredo, Texas; and (3) September 18, 2024, at or near Loredo, Texas, without having obtained the express consent of the Attorney General of the United States before March 1, 2003, and the Secretary of the Department of Homeland Security after February 28, 2003, to re-apply for admission to the United States; all in violation of Title 8, United States Code, Section 1326(a).

**RANGE OF PUNISHMENT:**

18 U.S.C. § 1326(a)
NMT 2 Years Imprisonment
NMT $250,000 Fine
NMT 1 Year Supervised Release
Class E Felony

$100 Special Assessment